UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:08-CR-10-TBR

UNITED STATES OF AMERICA                                                                             PLAINTIFF

v.

OLIMPIA GASPAR                                                                           DEFENDANT

**OPINION AND ORDER**

On or about January 9, 2009, the Court received a letter from Defendant Olimpia Gaspar written in Spanish. The Court has had the letter translated. The letter provides proper notice of appeal and is deemed filed with the Court as of January 9, 2009. Defendant's attorney has separately filed a timely notice of appeal (Docket #116).

Defendant's attorney moves the Court to appoint new counsel to represent Defendant on appeal in this matter (Docket #113). Pursuant to Sixth Circuit Rule 101(a), trial counsel in a criminal case is responsible for the continued representation of the client on appeal until specifically relieved by the Sixth Circuit. Should Defendant's attorney seek to withdraw as Defendant's appellate counsel, then he must do so in accordance with the procedure set forth in Sixth Circuit Rule 101(f).

For the forgoing reasons, IT IS HEREBY ORDERED that Defendant Olimpia Gaspar's letter is filed with the Court as of January 9, 2009. It is also HEREBY ORDERED that Attorney Richard Boling's Motion to be Relieved as Counsel is DENIED.