UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:08-CR-10-TBR

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

OLIMPIA GASPAR                                                              DEFENDANT

**OPINION AND ORDER**

This matter is before the Court upon Defendant Olimpia Gaspar's Motion to Proceed in Forma Pauperis (Docket #114). The motion is unopposed. This matter is now ripe for adjudication.

Plaintiff was permitted to proceed in forma pauperis in the district court. Pursuant to Federal Rule of Appellate Procedure 24(a)(3), a plaintiff who was determined to be financially unable to obtain an adequate defense in a criminal case may proceed on appeal in forma pauperis without further authorization.

The Court being duly and sufficiently advised, IT IS HEREBY ORDERED that Defendant Olimpia Gaspar's motion is GRANTED.